IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JASSMINE SAFIER, for herself
and all others similarly situated,**

**Plaintiff,**

**v.**                                                        Civ. No. 11-121 JCH/WDS

**NATIONAL CREDIT SOLUTIONS, L.L.C.,**

**Defendant.**

**ORDER**

THIS MATTER is before the Court on defense counsel's Unopposed Motion to be Relieved as Counsel. (Doc. No. 47)   In the motion, defense counsel stated that the Defendant had ordered her to cease work on this matter and to withdraw from further representation. An order granting the motion to be relieved as counsel has not been entered because corporate entities must be represented by counsel. Accordingly, since Defendant has ordered its counsel to cease work on this case, the motion is well taken and should be granted.  The defendant corporation must find counsel or judgment will be taken against it.

IT IS THEREFORE ORDERED that defense counsel's Unopposed Motion to be Relieved as Counsel (Doc. No. 47) will be granted twenty days from the date of this order.  If an entry of appearance by substitute counsel is not made within that twenty days, judgment will be entered against Defendant.

IT IS FURTHER ORDERED that the Clerk's Office shall mail a copy of this order directly

to Defendant at the following address:

National Credit Solutions, LLC
3680 I-240 Business Park
Oklahoma City, OK 73135

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**